IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEANETTE ARROYO AND ON BEHALF OF HER MONOR SON JARED ERIC ARROYO-GARCIA,<br><br>         Plaintiffs,<br><br>     v.<br><br>COUNTY OF FRESNO, et al.,<br><br>         Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | CV F 07-1443 AWI SMS<br><br>ORDER VACATING HEARING DATE OF DECEMBER 3, 2007 AND TAKING MATTER UNDER SUBMISSION |

   In this civil rights action for damages and injunctive relief, defendants County of Fresno, et al. ("Defendants") have notice a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Hearing on the motion was set for December 3, 2007.  The Court has reviewed Defendants' motion, Plaintiffs' opposition,  Defendants' reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2007, is VACATED, and no party shall appear at that time.  As of December 3, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     November 29, 2007**                           **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE